Decided September 15, 1998

## DAVID FISHBEIN *v.* COMMISSIONER OF MOTOR VEHICLES

The plaintiff's petition for certification for appeal from the Appellate Court, 48 Conn. App. 552 (AC 16719), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the police had reasonable and articulable suspicion to justify stopping the plaintiff's vehicle?"

The Supreme Court docket number is SC 15996.

*Jeffrey D. Brownstein*, in support of the petition.

*Robert L. Marconi*, assistant attorney general, in opposition.

Decided September 15, 1998